Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the

WESTERN District of OKLAHOMA

10th Division

| | |
|---|---|
| BOBBY JOE ROBINSON | Case No. CIV-23-494-PRW |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☐Yes ☐No |
| H.Q RANDOLPH,TX -v- TINKER A.F.B ,OKLA DEPARTMENT OF LABOR DALLAS,TX OFFICE OF PERSONNEL MANAGEMENT DEPARTMENT OF LABOR WASHINGTON,D,C | |
| Defendant(s) | FILED |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | JUN 05 2023 |
| | CARMELITA REEDER SHINN, CLERK U.S. DIST. COURT, WESTERN DIST. OKLA. BY_____nah_____, DEPUTY |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | BOBBY JOE ROBINSON |
| Street Address | 17868 SANTEE LN. |
| City and County | WASHINGTON, WASHINGTON, |
| State and Zip Code | TEXAS 77880 |
| Telephone Number | 979-481-1773 |
| E-mail Address | robinson.gilder@917 GMAIL.COM. |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

Name — TINKER A.F.B OKLA.

Job or Title *(if known)*

Street Address — 4900 S. DOUGLAS

City and County — MIDWEST CITY, OKLAHOMA

State and Zip Code — OKLAHOMA

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name — DEPARTMENT OF LABOR

Job or Title *(if known)* — WORKERS COMP

Street Address — 525 S. GRIFFIN ST SUITE 100

City and County — DALLAS, DALLAS

State and Zip Code — TEXAS

Telephone Number — MOVED TO: WASHINGTON, D.C.

E-mail Address *(if known)*

**Defendant No. 3**

Name — HEADQUARTER U.S. AIR FORCE

Job or Title *(if known)* — RANDOLPH AFB, TX

Street Address

City and County — TOOK OVER DALLAS WORKER'S COMP.

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**✱ Defendant No. 4**

Name — O.P.M. RETIREMENT

Job or Title *(if known)*

Street Address

City and County — WASHINGTON, D.C.

State and Zip Code — MARYLAND  20415-0001

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | TINKER AFB, OKLA |
| Street Address | 4900 S. DOUGLAS |
| City and County | MIDWEST CITY, OKLAHOMA |
| State and Zip Code | OKLAHOMA, |
| Telephone Number | |

### II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X]   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[X]   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[X]   Other federal law *(specify the federal law)*:

MEDICAL MALPRACTICE (NEGLIGENCE)

[ ]   Relevant state law *(specify, if known)*:

_____

[ ]   Relevant city or county law *(specify, if known)*:

_____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes (check all that apply):

- [?] Failure to hire me. REHIRE
- [X] Termination of my employment.
- [X] Failure to promote me.
- [X] Failure to accommodate my disability.
- [X] Unequal terms and conditions of my employment.
- [X] Retaliation.
- [X] Other acts (specify): WRONG INCOMES AMOUNTS STATED

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s) JUNE 18, 1988 ; APR 19, 1989 ; JAN 22, 1991 ; THRU MAR 2022 CASE NEVER RESOLVED

C.    I believe that defendant(s) (check one):

- [X] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (check all that apply and explain):

- [X] race _____
- [X] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age (year of birth) _____ (only when asserting a claim of age discrimination.)
- [X] disability or perceived disability (specify disability)

RT. KNEE INJURY

E.    The facts of my case are as follows. Attach additional pages if needed.

REVIEW PACKAGE.

REFER TO : Ⅲ STATEMENT OF CLAIM

B) DISCRIMINATORY ACTS

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

JUL 16, 1988    —    MAY 31, 2023

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)* OCT 26 1990

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

REVIEW ENTIRE PACKAGE

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing   MAY 31, 2023

Signature of Plaintiff   *Bobby J. Robinson*

Printed Name of Plaintiff   BOBBY J. ROBINSON

### B.    For Attorneys

Date of signing: _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under

          the laws of the State of *(name)* _____, and has its

          principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____,

          and has its principal place of business in *(name)* _____.

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        MORE THAN $75,000" BECAUSE OF 40 YEARS CASE,

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    PACKAGE ENCLOSED YEARS OF MISTREATMENT
    40 YEARS OF VIOLATION.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    BACK PAY FROM AUG 12, 1985 THRU , 2023

    REVIEW PACKAGE.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     _____

Signature of Plaintiff     _____

Printed Name of Plaintiff     _____

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____