**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BOBBY JOE ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-494-D |
| | ) | |
| TINKER A.F.B. OKLAHOMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the Court's previously entered order [Doc. No. 23], this action is

**DISMISSED WITH PREJUDICE** to refiling.

**ENTERED** this 15th day of April, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge